IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WAADEW AYSISAYH,
     Plaintiff,

vs.                                       Case No.: 5:06cv152/RS/EMT

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,
     Defendants.
_____/

## REPORT AND RECOMMENDATION

       This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1).  Leave to proceed in forma pauperis has been granted (Doc. 10).  On September 8, 2006, this court entered an order giving Plaintiff thirty days in which to file an amended complaint (Doc. 11).  Plaintiff failed to respond to the order; therefore, on October 19, 2006, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 14).  The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to show cause for his failure to comply.

       Accordingly, it is respectfully **RECOMMENDED**:

       That this case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

       At Pensacola, Florida, this 17th day of November 2006.


               /s/ *Elizabeth M. Timothy*
               **ELIZABETH M. TIMOTHY**
               **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

   **Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**