**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

WAADEW AYSISAYH,

      Plaintiff,

vs.                                                            CASE NO. 5:06cv152/RS

DEPARTMENT OF CORRECTIONS, et al,

      Defendants.

_____/

## ORDER

Before the court are the Magistrate Judge's Report and Recommendation (Doc. 19), Plaintiff's Report and Recommendations (Doc. 23), and Plaintiff's letter (Doc. 24). I have treated Plaintiff's Report and Recommendations and his letter as objections and have reviewed them *de novo*.

      **IT IS ORDERED**:

1.      The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      This case is dismissed without prejudice because of Plaintiff's failure to comply with an order of the court.

3.      The clerk is directed to close the file.

ORDERED on December 28, 2006.


/S/ Richard Smoak_____
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**